BEFORE THE SECOND DIVISION, OCTOBER 29, 1947

**No. 51980.**—F. Schumacher & Co. et al. v. United States, protests 54249–K, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51981.**—Artistic Weaving Co. et al. v. United States, protests 87505–K, etc. (New York).

Opinion by KINCHELOE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 51982.**—Kelbert Watch Co. et al. v. United States, protests 131341–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 51983.**—Gotham Watch Co., Inc., et al. v. United States, protests 131869–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.